

## NUMBER 13-10-00596-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**ALAN DOUGLAS DOBBINS,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

### On appeal from the 357th District Court
### of Cameron County, Texas.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Vela, and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Alan Douglas Dobbins, by and through his attorney, has filed a motion

to withdraw and dismiss his appeal because he no longer desires to prosecute it.[1] *See*

TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion

---

[1] The motion was incorrectly filed with the trial court and upon receipt of the document it has been filed with this Court.

to withdraw the appeal and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the 15th
day of September, 2011.